FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JONATHON GUYDOS,

Plaintiff,

v.

OFFICER TIM WEED, OFFICER ERICK QUEZADA, OFFICER ROGERS, OFFICER ANDREW J. HALL, OFFICER STEPHANIE DRUKTENIS, and DOES 1-10,

Defendants.

No. 2:26-CV-00267-ACE

ORDER TO DISMISS WITHOUT PREJUDICE

**BEFORE THE COURT** is Plaintiff's complaint filed on June 22, 2026. ECF No. 1. Plaintiff is proceeding *pro se*. Defendants have not appeared in the case.

On October 23, 2026, Plaintiff was ordered to show cause why this action should not be dismissed for failure to prosecute. ECF No. 6. Plaintiff has not responded to the show cause order, and there has been no activity in the case, other than the reassignment of the case and the show cause order, since June 22, 2026. Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff shall provide notice of this dismissal to any Defendant he served with a copy of the Summons and Complaint.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide a copy to Plaintiff, and **CLOSE** the file.

DATED November 9, 2026.

ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE